# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JUANA CAROLINA DUQUE-DIAZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4667-SNOW

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 4, 2000__ in __Broward__ County, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense) (describe)

intentionally possess with intent to distribute a controlled substance and did distribute a quantity of heroin, a Schedule I controlled substance, and conspired to possess and distribute a quantity of heroin with intent to distribute a Schedule I controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846.__

I further state that I am a(n) __Special Agent, Drug Enforcement Admin.__ and that this complaint is based on the following facts:

Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [X] Yes [ ] No

Signature of Complainant
Virgil Ayala, Special Agent
Drug Enforcement Administration

The Court finds probable cause.
Sworn to before me, and subscribed in my presence,

April 5, 2000 at Fort Lauderdale, Florida
Date    City and State

LURANA S. SNOW, CHIEF
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Lurana S. Snow
Signature of Judicial Officer

I, Virgilio Ayala, being duly sworn, do hereby state the following:

1) In October of 1999, Agents of the Drug Enforcement Administration, Orlando Resident Office, initiated an investigation into the Heroin and Cocaine importation and distribution activities of Vanessa Gesen, aka LA NEGRA, THATCHER.

2) A documented DEA Cooperating Source (herein referred as CS) advised that he/she was familiar with Vanessa Gesen. According to the CS, Gesen is a Colombian National based in Cali, Colombia. who is currently a fugitive from the United States Justice. DEA Orlando agents confirmed that Vanessa Gesen was in fact a fugitive in an unrelated DEA investigation in New York, N.Y.

3) On March 30, 2000, the CS advised DEA Agents that Gesen had three and a half kilograms of Heroin for sale being imported into Miami, Florida. The CS advised that Gesen offered to sell the CS the Heroin for $66,000.00 per kilogram. Upon agreeing on the price Gesen told the CS that a Miami based member of her organization would contact her via digital pager.

4) In early April of 2000, a Hispanic female (later identified as Juana Carolina Duque-Diaz) contacted the CS via pager. Juana Duque-Diaz advised that she was calling on behalf of "THATCHER" and an individual called "NEGRO". Juana Duque-Diaz advised that she was in Miami, Florida and ready to make a delivery of Heroin.

5) Through the course of April 1, 2, 3rd, the CS made a series of controlled telephone calls to Gesen and Juana Duque-Diaz in Miami, FL. These telephone calls involved further negotiations for the pick up of the three and a half kilograms of Heroin. As

a result of the aforementioned telephone calls the CS agreed to travel to the Miami, Florida area to meet with the Juana Duque-Diaz to purchase the heroin.

6) On April 4, 2000, the CS placed a controlled telephone call to Vanessa Gesen in Colombia and advised her that he/she was in South Florida and ready to take delivery of the Heroin. Vanessa Gesen advised the CS that she would contact Juana Duque-Diaz and advise her to call the CS.

7) Juana Duque-Diaz later called the CS and agreed to meet him/her at the Oakwood Shopping Center located at Sterling Road at Interstate 95 in Hollywood, FL to continue negotiations for the delivery of the Heroin.

8) On April 4, 2000 at approximately 4:00 PM, the CS and an undercover DEA Agent traveled to the Oakwood Shopping Center. At approximately 5:18 PM, Juana Duque-Diaz arrived in the shopping center driving a green Chevrolet and met with the CS and the undercover Agent. Juana Duque-Diaz told the CS and the undercover Agent that she had arrived in Florida on Friday with 3 big packages concealed in some jars. Juana Duque-Diaz then told the CS and the undercover agent that she was told to bring a sample of heroin to the CS. Juana Duque-Diaz advised the CS and the undercover Agent to inspect the sample of Heroin and call Gesen in Colombia if they liked the sample. Duque-Diaz then escorted the CS to her vehicle where Duque-Diaz retrieved a sample of approximately one gram of heroin from within the passenger compartment of the vehicle. Duque-Diaz then entered the her vehicle and left the Shopping Center. A presumptive test of the substance proved positive for the presence of opiates.

9) The CS then placed another series of controlled telephone calls to Gesen in Colombia. In these calls the CS told Gesen that he/she was satisfied with the sample of

Heroin and that she wanted to buy the three and a half kilograms of Heroin. Gesen then told the CS that the actual owner of the Heroin only wanted to deliver the heroin in one kilogram increments. The CS agreed to take delivery of the Heroin.

10) At approximately 7:00 P.M., Duque-Diaz called the CS and agreed to meet at the Oakwood Shopping Center by 8:00 PM. This telephone call was tape recorded by the CS. At approximately 7:50 PM, the CS received a call from Duque-Diaz advising that she had already arrived at the Oakwood Shopping Center. During this time surveillance Agents observed Duque-Diaz arrive in a green Chevrolet. Duque-Diaz then exited the vehicle and entered the Barnes and Noble book store.

11) At approximately 8:00 PM, the CS and the undercover Agent arrived at the Shopping Center and met with Duque-Diaz. Duque-Diaz told the CS and undercover Agent that the package was in the back seat of her vehicle. The undercover Agent then looked inside the vehicle and located a large J.C. Penny shopping bag that contained two pairs of leather women's boots, one pair of black women's shoes and a sanitary napkin each containing a substance believed to be heroin. At this time the undercover Agent signaled the surveillance Agents who in turn effected the arrest of Duque-Diaz. A presumptive test performed of the substance in the shoes proved positive for the presence of opiates.

12) After the arrest of Duque-Diaz DEA Agents advised Duque-Diaz of her constitutional rights as per Miranda. Duque-Diaz waived her rights and agreed to cooperate with Agents. Duque-Diaz then told Agents that she in fact smuggled the heroin into the United States from Colombia. She also advised that she was given authorization from Gesen to distribute the Heroin to the CS. She further related that she had more Heroin in her hotel room. DEA Agents then traveled to Duque-Diaz' hotel room in Miami Beach Florida and

met with her mother. After written consent to search the room was obtained Agents located and seized approximately one and a half kilogram of Heroin. A presumptive test performed of the substance seized proved positive for the presence of heroin.

    Further your affiant sayeth not.

VIRGILIO AYALA, Special Agent
Drug Enforcement Administration

Sworn to and subscribed
Before me on this 5th
day of April, 2000.

*Lurana S. Snow*
Lurana S. Snow
Chief, United States Magistrate Judge

4