COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JUANA C. DUQUE-DIAZ (J)       CASE NO: 00-4067-SNOW
AUSA: JEFF KAY  *pres*               ATTY: _Smargon_
AGENT: DEA                           VIOL: PWID HERION
PROCEEDING I/A ON COMPLAINT          RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no           COUNSEL APPOINTED
        BOND SET @
        SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

*Advised of Charges — order for appointment of counsel*

(Circle One)
~~Interpreter Request~~ ✓
~~No Interpreter~~
~~Not Known~~
_Spanish_
(Specify Language)

FILED by FD D.C.
APR -5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         (PTD)/BOND HRG:  4-11   10   Seltzer
                         PRELIM/ARRAIGN:  4-17   11   Seltzer
                         REMOVAL HRG:
                         STATUS CONF:

Date: 4/5/00   Time 11:00   FTL/LSS TAPE #00- 020   Begin: 176   End: 355

*re-call 708 - 749*