## COURT INTERPRETER REQUEST

CASE NO.: _00-4067_

FILED by ___ D.C.
APR 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Plaintiff(s) _____

Defendant(s) ___Duque-Diaz_____

Defendant Name and No.: ___Duque-Diaz_____

Language: ___Spanish___

___4/5/00___
Date

_____
Deputy Clerk