## COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Juana Duque-Diaz (J)#  CASE NO: 00-4067-LSS
AUSA: Jeff Kay / Kathleen Rice  ATTNY: FPD Marty Bidwell
AGENT: _____  VIOL: _____
PROCEEDING: PTD Hearing  BOND REC: _____
BOND HEARING HELD - (yes) no  COUNSEL APPOINTED:
___ BOND SET @ _____

FILED by _____ D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Govt proceeding on
Risk of flight +
danger to the
community.

PTD Ordered

family present in
courtroom

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR ~~REMOVAL~~:  4-17-00  ~~~~ 11:00  BSS
STATUS CONFERENCE: _____

DATE: 4-11-00  TIME: 10:00am  TAPE # 00-024  PG # 3

555-1393