JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6094**

21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §2

**CR-ROETTGER**

**MAGISTRATE JUDGE SNOW**

UNITED STATES OF AMERICA,  :

    PLAINTIFF,  :

v.  :

JUANA CAROLINA DUQUE-DIAZ,  :

    DEFENDANT.  :

---

### INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about March 30, 2000, to on or about April 4, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JUANA CAROLINA DUQUE-DIAZ,**

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1).



In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about April 4, 2000, at Broward County, in the Southern District of Florida, the defendant,

JUANA CAROLINA DUQUE-DIAZ,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JUANA CAROLINA DUQUE-DIAZ

CASE NO. **00-6094**

CR-ROETTGER

**CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information**:

**Court Division**: (Select One)

___ Miami  ___ Key West
_X_ FTL  ___ WPB  ___ FTP

New Defendant(s)  Yes ___  No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                               (Check only one)

   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
If yes:
Judge: _____  Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?(Yes or No) _YES_
If yes:
Magistrate Case No. _00-4067-SNOW_
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _4/4/00_
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No   If yes, was it pending in the Central Region? _ Yes _ No

/s/ JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
FLA BAR. 208035

*Penalty Sheet(s) attached

REV.4/7/99

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: JUANA CAROLINA DUQUE-DIAZ  No.:_____

Count #l:   Conspiracy and possession w/intent to distribute heroin (21:846)

*Max Penalty:   10 years' to life imprisonment; $4 million fine


Count #2:   Possession w/intent to distribute heroin (21:841(a)(1))

*Max Penalty:   10 years' to life imprisonment; $4 million fine