COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Juana Duque-Diaz (J)#　　　　　CASE NO: 00-6094-CR-Roettger ~~00-4067-LSS~~

AUSA: Jeff Kay　　　　　ATTNY: FPD

AGENT: ＿＿＿　　　　　VIOL: ＿＿＿

PROCEEDING: Prelim/Arraignment　　　　　BOND REC: ＿＿＿

BOND HEARING HELD - yes/no　　　　　COUNSEL APPOINTED: ＿＿＿

＿＿ BOND SET @ ＿＿＿

CO-SIGNATURES: ＿＿＿

SPECIAL CONDITIONS: ＿＿＿

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ＿＿ x's a week/month by phone; ＿＿ x's a week/month in person.
5) Random urine testing by Pretrial Services. ＿＿ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ＿＿＿
11) Travel extended to: ＿＿＿
(2) ＿＿ Halfway House ＿＿＿
＿＿ Electronic Monitoring ＿＿＿

[Stamp: FILED by ___ D.C. APR 17 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

(Circle One)
Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE: ＿＿　DATE: ＿＿　TIME: ＿＿　JUDGE: ＿＿
INQUIRY RE COUNSEL: ＿＿＿
PTD/BOND HEARING: ＿＿＿
PRELIM/ARRAIGN. OR REMOVAL: ＿＿＿
STATUS CONFERENCE: 5-2-00　11:00am　Snow

DATE: 4-17-00　　TIME: 11:00am　　TAPE # 00-029　　PG # 10

1243-1257
Recalled
00-029
1381-1423