

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6094-CR-Roettger

UNITED STATES OF AMERICA

vs

Juana Duque-Diaz

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 4-17-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:  Address: In Custody

Telephone: _____

DEFENSE COUNSEL:  Name: FPD

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ Cont'd in custody

Bond hearing held: yes___ no___  Bond hearing set for _____

Dated this 17 day of April, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-029

cc: Clerk for Judge
    U. S. Attorney