UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6094-Cr-NCR

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
JUANA DUQUE-DIAZ            )
_____)

### NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Debra J. Stuart.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By _____
DEBRA J. STUART
Assistant United States Attorney
COURT NO. A5500061
500 E. Broward Blvd. 7th Flr
Fort Lauderdale, Fl 3394
(954) 356-7255 Ext. 3597