UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6094-CR-NCR

UNITED STATES OF AMERICA,    :

      PLAINTIFF,

v.                           :

JUANA CAROLINA DUQUE-DIAZ,   :

      DEFENDANT.            :

_____

MOTION FOR EXTENSION OF TIME
TO FILE DISCOVERY

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and requests a Motion for Extension of Time to File Discovery in the above captioned case for the following reasons:

1.  A status conference is scheduled on this matter for May 2, 2000 at 11:00 a.m..

2.  Special Agent Ayala, the agent assigned to this case, works out of the Orlando Office and was not able to be contacted until late Wednesday afternoon. He is in the process of sending us the necessary materials to file discovery.

3.  The undersigned Assistant U.S. Attorney on the case was just hospitalized for an indefinite period of time, and therefore, not able to attend to filing of said discovery.

4.  The defense attorney was contacted on Friday, April 28, 2000, and had no



objection to the extension of time.

    WHEREFORE, the government is requesting that an additional 3 days be given in response to filing discovery in this matter.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _/s/ Steven R. Cote_

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY
Court No. A550061
500 E. Broward Blvd.
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ____ day of April, 2000, to Marty Bidwell, Esquire, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl. 33301.

_/s/ Steven R. Cote_
DEBRA J. STUART
ASSISTANT U.S. ATTORNEY