UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6094-CR-ROETTGER

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

JUANA DUQEU-DIAZ,               :

    Defendant.              :



## STATUS REPORT

A status conference was held in this cause on May 1, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery will be provided on or before May 8, 2000.

    2. Counsel for the defendant shall have until May 22, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this ____ day of May, 2000.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Deb Stuart (FTL)
AFPD Martin Bidwill (FTL)