HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __PABLO PUNTIEL__  CASE NO: __00-8029-CR-DIMITROULEAS__
AUSA __KAREN ATKINSON / Rosenthal__ ATTY __MARTIN BIDWILL__  00 022

to be a plea                           Tim Day  @ 900

DEFT __ROBERT STEELE__  CASE NO: __00-6089-CR-ZLOCH__
AUSA __BERTHA MITRANI - plea'__ ATTY __CHARLES JAFFEE__

Disc going out today Fed-ex
No pending motions  5-17 mot due  @ 927

DEFT __ROBERTO FARRADAZ - ETAL__  CASE NO: __00-6090-CR-ZLOCH__
AUSA __LARRY BARDFELD__ ATTY __VINCENT FLYNN__ - Diaz for Flynn

RICK DIAZ, ESQ. for Orlando Mesa/FPD for Edgar Guzman

new cnsl / plea  Dis out - disc conference needed @ 969
may come in on Guzman. M/due 5-17

DEFT __RAMON PERDOMO__  CASE NO: __00-6093-CR-FERGUSON__
AUSA ~~JEFFREY KAY~~ / Roger Powell  ATTY __FPD__

Disc out today -
No pending motions - 5-15 for mot  @ 1033

DEFT __JUANA DUQUE-DIAZ__  CASE NO: __00-6094-CR-ROETTGER__
AUSA __DEBRA STUART / Rosenthal__ ATTY __MARTIN BIDWILL__  Day stood in

M/ cont filed
5-22 for motions                      @ 1081

DEFT _____  CASE NO: _____
AUSA _____  ATTY _____

DATE __MAY 1, 2000__  TIME __11:00__