DJS:sr

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6094-CR-ROETTGER

UNITED STATES OF AMERICA :

v. :

JUANA CAROLINA DUQUE-DIAZ, :

Defendant. :

---

### GOVERNMENT'S SUPPLEMENTAL RESPONSE
### TO STANDING DISCOVERY ORDER

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and provides the enclosed information by way of supplement to its response to the Standing Discovery Order in this cause.

        A.   1.   Attached is a statement made by the defendant.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____

DEBRA J. STUART
Assistant United States Attorney
Court No. A5500061
500 E. Broward Blvd. 7th Floor
Ft. Lauderdale, Fl 33394
Tel: (954) 356-7255
Fax:(954) 356-7336

cc: Special Agent Ayala
    Drug Enforcement Administration



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by hand this 11th day of May, 2000, to : Marty Bidwell, Esquire, Assistant Federal Public Defender, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl. 33301.

DEBRA J. STUART
ASSISTANT U.S. ATTORNEY

MINISTERIO DE JUSTICIA
Oficina Ejecutora de las Leyes sobre Drogas

CONSENTIMIENTO DE REGISTRO

1. SE ME HA PEDIDO QUE PERMITA A AGENTES ESPECIALES DE LA OFICINA EJECUTIVA DE LAS LEYES SOBRE DROGAS REGISTRAR: (Descríbase a la persona, lugares o casos que habían de registrarse.)

Hotel Vayadero #IV apartment #315
1-8001- Collins Ave.
Sunny Isles N. Miami Beach

2. NO HE SIDO OBJETO DE AMENAZA, NI EN FORMA ALGUNA OBLIGADO(A).

3. DOY MI CONSENTIMIENTO VOLUNTARIO A QUE SE EFECTUE DICHO REGISTRO.

4/4/00
Fecha

_____
Firma

Testigos: _____

DEA Form
(Oct.1983) - 88    Edición anterior fechada 3/76 en desuso.