UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6094-CR-ROETTGER(S)
21 U.S.C. §841(a)(1)
21 U.S.C. §846

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| JUANA DUQUE-DIAZ, | ) |
| Defendant. | ) |

**SUPERCEDING INDICTMENT**

The Grand Jury charges that:

FILED by
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COUNT I

From on or about March 30, 2000, to on or about April 4, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

JUANA DUQUE-DIAZ,

did knowingly and intentionally conspire, confederate, and agree with persons know and unknown to the Grand Jury, to possess with intent to distribute a Schedule I controlled substance, that is, more than one kilogram of a mixture and substance containing a detectable amount of heroin; in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.



## COUNT II

From on or about March 30, 2000, to on or about April 4, 2000, at Broward County, in the Southern District of Florida, the defendant,

### JUANA DUQUE-DIAZ,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, more than one kilogram of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 00-6094-CR-ROETTGER(S) |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| JUANA DUQUE-DIAZ | Superseding Case Information: |

**Court Division**: (Select One)

\_\_\_ Miami \_\_\_ Key West
_X_ FTL \_\_\_ WPB \_\_\_ FTP

New Defendant(s)     Yes \_\_\_   No _X_
Number of New Defendants    0
Total number of counts     2

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _YES_
   List language and/or dialect    _SPANISH_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)

   | I   | 0 to 5 days       | _X_ | Petty   | \_\_\_ |
   | II  | 6 to 10 days      | \_\_\_ | Minor   | \_\_\_ |
   | III | 11 to 20 days     | \_\_\_ | Misdem. | \_\_\_ |
   | IV  | 21 to 60 days     | \_\_\_ | Felony  | _X_ |
   | V   | 61 days and over  | \_\_\_ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No) _YES_
   If yes:
   Judge: _NORMAN C. ROETTGER_    Case No. _00-6094-CR-ROETTGER(S)_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No.   _00-4067-SNOW_
   Related Miscellaneous numbers: \_\_\_\_\_
   Defendant(s) in federal custody as of _APRIL 4, 2000_
   Defendant(s) in state custody as of _N/A_
   Rule 20 from the \_\_\_\_\_    District of \_\_\_\_\_

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? \_\_ Yes _X_ No    If yes, was it pending in the Central Region? \_\_ Yes \_\_ No

8. Did this case originate in the Narcotics Section, Miami? \_\_ Yes _X_ No

*[signature]*
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500061

*Penalty Sheet(s) attached                                           REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: __Juana Duque-Diaz__    Case No.: 00-6094-CR-ROETTGER(S)

Count #I: Conspiracy to possess heroin with intent to distribute, in violation of 21:841(a)(1) & 846

**Max. Penalty:** 10-year mandatory minimum and maximum imprisonment of life; $4,000,000 fine

Count # II: Possession of heroin with intent to distribute, in violation of 21:841(a)(1)

**Max. Penalty:** 10-year mandatory minimum and maximum imprisonment of life; $4,000,000 fine

Count #:

**Max. Penalty:**

Count #:

**Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.