HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

REC'D by DKTG　D.C.
JUL 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-  
Date: 7/26/00  
Courtroom Clerk: P. Hart  
Court Reporter: Reeves  
Probation Officer:  
Interpreter: yes  
Plaintiff(s): U.S.A.  
Counsel: Stuart  

Defendant(s): G. Duque-Diaz (J)  
Counsel: M. Bidwill  

Reason For Hearing: Plea-

Result of Hearing/Judgment: D plead + adj. as guilty. P.S.I ordered. Sent. set. Sep ₱8ᵗʰ at 1:30 p.m.

Misc.: