UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6094-CR-ROETTGER
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUANA C. DUQUE-DIAZ,

    Defendant.

_____/

### NOTICE OF FILING

COMES NOW, the defendant, by and through the undersigned attorney, and files the attached letter from defendant, which the defendant would ask the Court to consider in passing sentence in this cause.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

By: _____

    Martin J. Bidwill
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 868795
    101 N.E. 3rd Avenue, #202
    Fort Lauderdale, Florida 33301
    (305) 356-7436 / 356-7556 (Fax)

1

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 12TH day of September, 2000, to Debra Stuart, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Miami, Florida 33394; Frances Weisberg, United States Probation Officer, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132.

Martin J. Bidwill

2

Honorable Norman C. Roettger
United States District Court
299 East Broward Boulevard
Fort Lauderdale, Florida  33301


Dear Judge Roettger:

Everything that has occurred has left me feeling very ashamed of myself before the United States of America and my family, as I have disappointed all of them. I would like you to know that I regret what I have done with all my heart. I am asking for your forgiveness and for you to allow me the opportunity to show I can be a good member of society.


Juana Carolina Duque-Diaz