FILED by _____
SEP 1 8 2000
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6094-CR-NCR    Date: 9/18/00
Courtroom Clerk: P. Hart    Court Reporter: Reeves
Probation Officer: present    Interpreter: present
Plaintiff(s): U.S.A.    Counsel: Petri for Stuart

Defendant(s): G. Duque-Diaz (J)    Counsel: M Bidwill

Reason For Hearing: Sentencing Ct #1

Result of Hearing/Judgment: No fine imposed. 78 months, assessed $100.00, 2 yrs. S.R. if deported not to re-enter U.S. w/out permission of U.S. Atty General. non-reporting if deported.

Misc.: 

27