UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6094-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA, :

    Plaintiff. :

v. :

JUANA C. DUQUE-DIAZ, :

    Defendant. :
_____/

## NOTICE OF APPEAL

Notice is hereby given that Juana C. Duque-Diaz, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Sentence entered in this action on September 22, 2000.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: _____
    Martin J. Bidwill
    Assistant Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 868795
    400 Australian Avenue N., Suite 300
    West Palm Beach, FL 33401
    Telephone: (561) 833-6288
    Fax: (561) 833-0368



**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the aforementioned motion was mailed on this 27.
day of September, 2000, to Anne R. Schultz, Assistant United States Attorney, 99 N.E. 4th Street,
Miami, Florida 33132-2111.

Martin J. Bidwill

R:\FtLaud\duque noa