```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
vs.                        )
                           )
JUANA DUQUE DIAZ,          )    CASE NUMBER:
                           )    00-6094-CR-NCR
                           )
            Defendant.     )
                           )
```

Transcript of change of plea proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 26th day of July, 2000.

APPEARANCES OF COUNSEL:

| | |
|---|---|
| For the United States: | DEBRA STUART, AUSA |
| For the Defendant: | MARTIN BIDWILL, AFPD<br>Miami, Florida |
| Court Reporter: | Jerald J. Reeves, RPR |

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**