```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
vs.                        )
                           )
JUANA DUQUE DIAZ,          )      CASE NUMBER:
                           )      00-6094-CR-NCR
                           )
         Defendant.        )
                           )
```

Transcript of sentencing proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 18th day of September, 2000.

APPEARANCES OF COUNSEL:

  For the United States:      STEVEN PERTI, AUSA

  For the Defendant:         MARTIN BIDWILL, AFPD

   Court Reporter:           Jerald J. Reeves, RPR

   Proceedings recorded by mechanical stenography.

   Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**