**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia   30303

Date: <u>October 24, 2000</u>
USDC # <u>00-6094-CR-NCR</u>
USCA # <u>00-15163-I</u>

IN RE: **USA v. Duque-Diaz**

==================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

    <u>1</u> Volume of Pleadings
    <u>2</u> Volumes of Transcripts

  <u>X</u> Exhibits:

    <u>1</u> PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
             Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                    LSS    CLOSED
                                                    APPEAL INTERP
                    U.S. District Court
          Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6094-ALL

USA v. Duque-Diaz                                Filed: 04/13/00

Other Dkt # 0:00-m -04067

Case Assigned to:  Judge Norman C. Roettger, Jr.

JUANA CAROLINA DUQUE-DIAZ (1)    Martin John Bidwill
  defendant                        [term  09/22/00]
  [term  09/22/00]                FTS 833-0368
                                  [COR LD NTC pda]
                                  Public Defender
                                   [term  09/22/00]
                                  [COR LD NTC pda]
                                  Federal Public Defender's
                                  Office
                                  101 NE 3rd Avenue
                                  Suite 202
                                  Fort Lauderdale, FL 33301-1145
                                  954-356-7436


Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY                  78 months BOP, Three (3) years
DISTRIBUTE CONTRL SUBST                 supervised release and $100
(1s)                                    special assessment;
                                        (1s)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:846=CD.F CONSPIRACY                  DISMISSED
DISTRIBUTE CONTRL SUBST                 (1)
(1)

21:841A=CD.F CONTROLLED SUBST           DISMISSED
SELL/DISTR/DISPENSE                     (2)
(2)

21:841A=CD.F CONTROLLED SUBST           DISMISSED
SELL/DISTR/DISPENSE                     (2s)
(2s)


Docket as of October 24, 2000 8:13 am             Page 1
```

```
Proceedings include all events.                          LSS
0:00cr6094-ALL USA v. Duque-Diaz                 CLOSED APPEAL
                                                        INTERP
Offense Level (disposition): 4
```

Complaints                          Disposition

Possession with intent to
distribute a controlled
subsance  and distribution of
heroin, 21 USC 841(a)(1) and
846          [ 0:00-m -4067 ]

```
Proceedings include all events.                           LSS
0:00cr6094-ALL USA v. Duque-Diaz                   CLOSED APPEAL
                                                          INTERP
JUANA CAROLINA DUQUE-DIAZ

        defendant


========================

USA

        plaintiff

U. S. Attorneys:

  Jeffrey Howard Kay, AUSA
   [term  04/24/00]
  FTS 356-7336
  954-356-7392
  [COR LD NTC]
  Debra J. Stuart
  FTS 356-7228
  954-356-7255
  [COR LD NTC pro]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6094-ALL USA v. Duque-Diaz                            CLOSED APPEAL
                                                                   INTERP

 4/4/00   --     ARREST of Juana Carolina Duque-Diaz
                 [ 0:00-m -4067 ] (pb) [Entry date 04/10/00]

 4/5/00   1      COMPLAINT as to Juana Carolina Duque-Diaz
                 [ 0:00-m -4067 ] (pb) [Entry date 04/10/00]

 4/5/00   2      Minute of initial appearance held on 4/5/00  before Ch.
                 Magistrate Judge Lurana S. Snow as to Juana Carolina
                 Duque-Diaz ;  Tape #: 00-020
                 [ 0:00-m -4067 ] (pb) [Entry date 04/10/00]

 4/5/00   3      INTERPRETER required for Juana Carolina Duque-Diaz
                 Language: Spanish
                 [ 0:00-m -4067 ] (pb) [Entry date 04/10/00]

 4/5/00   4      ORDER on Initial Appearance as to Juana Carolina Duque-Diaz
                 Pretrial Detention Requested ., for Appointment of Public
                 Defender Detention hearing set for 10:00 4/11/00 ;
                 Preliminary examination set for 11:00 4/17/00 ; before
                 Magistrate Barry S. Seltzer, ,  ( Signed by Ch.
                 Magistrate Judge Lurana S. Snow on 4/5/00) Tape # 00-020
                 CCAP
                 [ 0:00-m -4067 ] (pb) [Entry date 04/10/00]

 4/6/00   5      NOTICE of Assignment of Assistant Public Defender for Juana
                 Carolina Duque-Diaz . Terminated attorney Public Defender
                 for Juana Carolina Duque-Diaz AFPD Martin John Bidwill
                 assigned.
                 [ 0:00-m -4067 ] (pb) [Entry date 04/10/00]

 4/6/00   6      DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                 Juana Carolina Duque-Diaz
                 [ 0:00-m -4067 ] (pb) [Entry date 04/10/00]

 4/11/00  7      Minute of PTD Hearing held on 4/11/00  before Magistrate
                 Barry S. Seltzer as to Juana Carolina Duque-Diaz ; PTD
                 ORDERED, Court Reporter Name or Tape #: 00-024
                 [ 0:00-m -4067 ] (dd) [Entry date 04/11/00]
                 [Edit date 04/11/00]

 4/12/00  (9)    ORDER OF DETENTION as to Juana Carolina Duque-Diaz before
                 Magistrate Barry S. Seltzer (Signed by Magistrate Barry S.
                 Seltzer on 4/12/00)  CCAP (mh) [Entry date 04/20/00]

 4/13/00  (8)    INDICTMENT as to Juana Carolina Duque-Diaz (1) count(s) 1,
                 2 (Criminal Category 1) (Preliminary Examination
                 cancelled.) (pb) [Entry date 04/17/00]

 4/13/00  --     Magistrate identification:  Magistrate Judge Lurana S. Snow
                 (pb) [Entry date 04/17/00]

 4/17/00  (10)   Minute of Arraignment held on 4/17/00 before Magistrate
                 Barry S. Seltzer as to Juana Carolina Duque-Diaz ; Court
                 Reporter Name or Tape #: 00-29/1243-1257 (mh)

Docket as of October 24, 2000 8:13 am                     Page 4
```

```
Proceedings include all events.                                    LSS
0:00cr6094-ALL USA v. Duque-Diaz                         CLOSED APPEAL
                                                                INTERP
           [Entry date 04/20/00]                    vol. 1 cont.

4/17/00  --    Initial appearance as to Juana Carolina Duque-Diaz held
               (Defendant informed of rights.) (mh) [Entry date 04/20/00]

4/17/00  --    PLEA entered by Juana Carolina Duque-Diaz . Court accepts
               plea. NOT GUILTY: Juana Carolina Duque-Diaz (1) count(s)
               1, 2 (mh) [Entry date 04/20/00]

4/17/00  (10)  INTERPRETER required for Juana Carolina Duque-Diaz
               Language: SPANISH (mh) [Entry date 04/20/00]

4/17/00  (11)  ARRAIGNMENT INFORMATION SHEET for Juana Carolina Duque-Diaz
               (1) count(s) 1, 2    NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (mh) [Entry date 04/20/00]

4/17/00  (12)  STANDING DISCOVERY ORDER as to Juana Carolina Duque-Diaz
               all motions concerning matters not covered by this order
               must be filed within 28 days of this order ( Signed by
               Magistrate Barry S. Seltzer on 4/17/00)  CCAP (mh)
               [Entry date 04/20/00]

4/17/00  (13)  ORDER SETTING STATUS CONFERENCE as to Juana Carolina
               Duque-Diaz Status conference set for 11:00 on 5/2/00 for
               Juana Carolina Duque-Diaz before Magistrate Judge Lurana S.
               Snow (Signed by Magistrate Barry S. Seltzer on 4/17/00)
               CCAP [EOD Date: 4/20/00]   CCAP (mh) [Entry date 04/20/00]

4/24/00  (14)  NOTICE of Reassignment of US Attorney. Terminated attorney
               Jeffrey Howard Kay for USA Added Debra J. Stuart (mh)
               [Entry date 04/25/00]

4/28/00  (15)  MOTION by Juana Carolina Duque-Diaz to extend time to file
               discovery (mh) [Entry date 05/02/00]

5/1/00   (17)  Minute of status conference held on 5/1/00 before
               Magistrate Judge Lurana S. Snow as to Juana Carolina
               Duque-Diaz; (mh) [Entry date 05/03/00]

5/1/00   --    Status conference as to Juana Carolina Duque-Diaz held (mh)
               [Entry date 05/03/00]

5/2/00   (16)  STATUS REPORT ORDER as to Juana Carolina Duque-Diaz (Signed
               by Magistrate Judge Lurana S. Snow on 5/2/00) CCAP [EOD
               Date: 5/3/00] CCAP (mh) [Entry date 05/03/00]

5/4/00   (18)  RESPONSE to Standing Discovery Order by USA as to Juana
               Carolina Duque-Diaz (mh) [Entry date 05/08/00]

5/11/00  (19)  SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as
               to Juana Carolina Duque-Diaz (mh) [Entry date 05/12/00]

7/25/00  (20)  SUPERSEDING INDICTMENT as to  Juana Carolina Duque-Diaz
               (1) count(s) 1s, 2s (Criminal Category 5) (mh)
```

```
Proceedings include all events.                                    LSS
0:00cr6094-ALL USA v. Duque-Diaz                           CLOSED APPEAL
                                                                INTERP
                  [Entry date 07/25/00]              VTL. \ cent.

 7/26/00  (21)    Minutes of change of plea held on 7/26/00 before Judge
                  Norman C. Roettger Jr. as to Juana Carolina Duque-Diaz ;
                  Court Reporter Name: Jerry Reeves  (mh) [Entry date 07/31/00]

 7/26/00  --      Change of Plea Hearing as to Juana Carolina Duque-Diaz
                  held (mh) [Entry date 07/31/00]

 7/26/00  (22)    Plea Agreement as to Juana Carolina Duque-Diaz (mh)
                  [Entry date 07/31/00]

 7/26/00  --      PLEA entered by Juana Carolina Duque-Diaz . Court accepts
                  plea. GUILTY: Juana Carolina Duque-Diaz (1) count(s) 1s (mh)
                  [Entry date 07/31/00]

 7/26/00  (23)    NOTICE of Hearing as to Juana Carolina Duque-Diaz:
                  Setting Sentencing for 1:30 on 9/18/00 for Juana Carolina
                  Duque-Diaz before Judge Norman C. Roettger Jr. (mh)
                  [Entry date 07/31/00]

 8/28/00  (24)    SENTENCING MEMORANDUM by Juana Carolina Duque-Diaz as to
                  Juana Carolina Duque-Diaz (mh) [Entry date 08/29/00]

 8/28/00  (25)    OBJECTION by Juana Carolina Duque-Diaz to Presentence
                  Investigation Report as to Juana Carolina Duque-Diaz (mh)
                  [Entry date 08/29/00]

 9/12/00  (26)    NOTICE of filing attached letter by Juana Carolina
                  Duque-Diaz as to Juana Carolina Duque-Diaz (mh)
                  [Entry date 09/13/00]

 9/18/00  (27)    Minutes of sentencing held on 9/18/00 before Judge Norman
                  C. Roettger Jr. as to Juana Carolina Duque-Diaz; Court
                  Reporter Name: Jerry Reeves  (mh) [Entry date 09/21/00]

 9/18/00  --      Sentencing  held Juana Carolina Duque-Diaz (1) count(s) 1s
                  (mh) [Entry date 09/25/00]

 9/22/00  (28)    JUDGMENT as to Juana Carolina Duque-Diaz (1); Count 1s, 78
                  months BOP, Three (3) years supervised release and $100
                  special assessment; Counts 1, 2s, 2, DISMISSED (Signed by
                  Judge Norman C. Jr. on 9/19/00) CCAP [EOD Date: 9/25/00]
                  CCAP/M (mh) [Entry date 09/25/00]

 9/27/00  (29)    NOTICE OF APPEAL by Juana Carolina Duque-Diaz re: [28-1]
                  judgment order .  EOD Date: 9/25/00; Juana Carolina
                  Duque-Diaz (1) count(s) 1s;  Filing Fee: $ NO FEE REQUIRED;
                  Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf)
                  [Entry date 09/27/00]

 9/27/00  --      Certified copies of Notice of Appeal, Docket and Order
                  under appeal to USCA: as to Juana Carolina Duque-Diaz
                  [29-1] appeal (gf) [Entry date 09/27/00]
```

```
Proceedings include all events.                                    LSS
0:00cr6094-ALL USA v. Duque-Diaz                         CLOSED APPEAL
                                             Vol. 1 Cont.      INTERP

10/5/00   30    TRANSCRIPT INFORMATION FORM as to Juana Carolina Duque-Diaz
                re: [29-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (gf) [Entry date 10/06/00]

10/6/00   --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Juana Carolina Duque-Diaz  Re: [29-1] appeal  USCA Number:
                00-15163-I (dl) [Entry date 10/11/00]

10/11/00  31    TRANSCRIPT filed as to Juana Carolina Duque-Diaz  of Plea
                Proceedings held 7/26/00  before Judge Norman C. Roettger,
                Jr.  Volume #: 1  Pages: 1-16  re: [29-1] appeal . Appeal
                record due on 10/26/00 for Juana Carolina Duque-Diaz (gf)
                [Entry date 10/11/00]                          Vol. 2

10/11/00  32    TRANSCRIPT filed as to Juana Carolina Duque-Diaz  of
                Sentencing Proceedings held 9/18/00  before Judge Norman C.
                Roettger, Jr.  Volume #: 1  Pages: 1-13  re: [29-1] appeal
                . Appeal record due on 10/26/00 for Juana Carolina
                Duque-Diaz (gf) [Entry date 10/11/00]          Vol. 3

10/24/00  33    Certificate of readiness transmitted to USCA as to Juana
                Carolina Duque-Diaz  re: [29-1] appeal  by Juana Carolina
                Duque-Diaz  USCA # 00-15163-I (dl) [Entry date 10/24/00]
                                                            End. Vol. 1
```