

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

August 08, 2001

RE: 00-15163-II    USA v. Juana Carolina Duque-Diaz
DC DKT NO.: 00-06094 CR-NCR

TO:  Clarence Maddox

CC:  Martin J. Bidwell

CC:  Kathleen M. Williams

CC:  Carol E. Herman

CC:  Anne R. Schultz

CC:  Emily Smachetti

CC:  Jeffrey Howard Kay

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

August 08, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-15163-II    USA v. Juana Carolina Duque-Diaz
DC DKT NO.: 00-06094 CR-NCR

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

USCA, Clerk's Office in Miami will return the record on appeal and the psi to USDC.

Encl.

MDT-1 (1-2001)

# United States Court of Appeals
## For the Eleventh Circuit

655

No. 00-15163

District Court Docket No.
00-06094-CR-NCR

**FILED**
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jul 10, 2001

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

JUANA DUQUE-DIAZ,

    Defendant-Appellant.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: /s/
Deputy Clerk
Atlanta, Georgia

------------------------------------------------------------------
Appeal from the United States District Court
for the Southern District of Florida
------------------------------------------------------------------

FILED by _____ D.C.
DKTG

AUG 10

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion opinion, included herein by reference, is entered as the judgment of this Court.

        Entered: July 10, 2001
    For the Court: Thomas K. Kahn, Clerk
            By: McCombs, Elaine



ISSUED AS MANDATE
AUG 0 8 2001
U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 10, 2001
THOMAS K. KAHN
CLERK

No. 00-15163

D.C. Docket No. 00-06094-CR-NCR

FILED by DKTG _____ D.C.
AUG 1 0
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUANA DUQUE-DIAZ,

Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

(July 10, 2001)

Before BARKETT and HULL, Circuit Judges and LIMBAUGH*, District Judge.

PER CURIAM:

---

* Honorable Stephen N. Limbaugh, U.S. District Judge for the Eastern District of Missouri, sitting by designation.

Juana Duque-Diaz appeals her sentence of 78 months imprisonment after pleading guilty to conspiracy to possess with intent to distribute heroin. Duque-Diaz argues that her sentence must be vacated because the district court erred in denying her a minor-role reduction.

We review a district court's determination of a defendant's role in an offense for clear error. United States v. Rodriguez De Varon, 175 F.3d 930, 938 (11th Cir.) (en banc), cert. denied, 120 S. Ct. 424 (1999). Upon review of the record, we cannot say that the district court's finding that Duque-Diaz was not a minor participant in the distribution conspiracy is clearly erroneous. Accordingly, Duque-Diaz's sentence is

AFFIRMED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia